UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SEAN ANZANO
AND
SASCHA ANZANO,

        Plaintiffs,

v.                                                    Civil Action No. 3:10cv059

CENTRAL CREDIT SERVICES, INC..

        Defendant.



### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs hereby **DISMISS WITH PREJUDICE their** Complaint against Defendant, Central Credit Services, Inc., all parties to bear their own costs and attorneys' fees.

SO ORDERED:

DATE: April 2?, 2010
       REP

                                   /s/  REP
                             Judge, United States District Court for
                              the Eastern District of Virginia
                             Robert E. Payne

DATED:
                             John Cole Gayle, Jr., VSB #018833
                             The Consumer Law Group, P.C.
                             5905 West Broad Street, Suite 303
                             Richmond, VA 23230
                             804/282-7900
                             804/673-0316 (Fax)
                             jgayle@theconsumerlawgroup.com

                             Counsel for Plaintiff

